# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FABRISIO ARIAS,<br><br>　　　　　　　　　　　Defendant. | Case No.: 22-cr-2745-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On June 13, 2023, the Defendant filed an Unopposed Motion to Continue the Motion Hearing/Trial Setting currently set for June 30, 2023 to September 22, 2023. For good cause appearing, the Court GRANTS the unopposed motion to continue [Dkt. 43] and sets the Motion Hearing/Trial Setting on September 22, 2023 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//
//

22-cr-2745-JO

Further, on December 28, 2022, the Defendant filed a pretrial motion that remains pending.  On June 12, 2023, the Defendant filed a supplemental pretrial motion that also remains pending. Accordingly, the Court finds that time from December 28, 2022 to September 22, 2023 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending.  18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:   6/15/2023

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE