# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>FABRISIO ARIAS,<br><br>　　　　　　　　　　Defendant. | Case No.: 22-cr-2745-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On January 18, 2024, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for January 26, 2024 to March 8, 2024. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 57] and sets the Motion Hearing/Trial Setting on March 8, 2024 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. On January 18, 2024, a plea agreement was lodged before the Court and a change of plea hearing will be scheduled before the Magistrate Judge. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

//
//
//
//

Further, on December 28, 2022, Defendant filed a pretrial motion that remains pending. On June 12, 2023, the Defendant filed a supplemental pretrial motion that also remains pending. Accordingly, the Court finds that time from December 28, 2022 to March 8, 2024 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: 1/24/24

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE

22-cr-2745-JO