# Exhibit A
# Defendant's Letter to Court
# 22CR02745-JO

To The Hon. Jinsook Ohta.

January 27, 2025

Your Honor,

I sincerely write from the heart to assure you that I recklessly agreed to process checks and other financial instruments for [lead conspirator(s)] through ***my own bank account and used my own home address***.

I did these illegal things honestly believing that [lead conspirator] was laundering money for others. I did not know that he and his associates had been targeting vulnerable elderly people to defraud them. Had I known this, ***I would have never recklessly agreed to join his scheme***.

Had I callously agreed to defraud and victimize elderly people, I would have used a fake name and address to launder the funds. I knew how to do such things. But I never signed up nor agreed to this type of serious victimization of elderly people.

The truth Judge Ohta was that I suspected the funds were the product of illegal drug trafficking and that laundering them would not be detected. I recklessly agreed to this because at the time I had myself been hooked on cocaine. My judgment was heavily clouded by the drug use, and I had fallen under almost unbearable stress from financial pressures.

I am honestly very sorry for having participated in helping these people to defraud elderly vulnerable people. Once I learned the rest of the story I started doing everything in my power to make right my criminal actions in this scheme.

I apologize to you and to our country.

Respectfully

Fabrisio Arias