# Exhibit B
# Collected Letters for Sentencing
# 22CR02745-JO

   

To Hon. Jinsook Ohta,

I would like to present myself as Marco McGuire and I have known Fabrisio Arias in both a friendship and professional level for the last 16 years. On a friendship level he is honest, caring, loyal and a great man to me and my family. He is family man and always takes care of his kids and puts them first in everything he does. We started working together in 2015 with my company Mcguire Restaurant Group in Riverside. Fabrisio was a General Manager for multiple of my restaurant/nightclub locations which were Mezcal, ProAbition LA/Riverside, Downtown Experiment, Estrella Taqueria, and Salvatore's in San Diego. He was a great manager in all of my venues and showed leadership and dedication to all locations which I am very grateful for. He is a man of good character and his word and has always been good to others. I am honored to have such a great friendship with Fabrisio Arias.

Feel free to contact me at ███████████ or ███████████████████. If you have any questions or would like me to further elaborate on Fabrisio Arias, please contact thank you.

Sincerely,

Marco McGuire
Vice President of Operations
November 29, 2024

**3601 UNIVERSITY AVENUE • RIVERSIDE, CA 92501**



Joe Ramos
3230 Vine Street, Suite 200
Riverside, CA. 92507

October 23rd, 2024

RE: Mr. Fabricio Arias – Case Number 22CR02745-JO/U.S. District Court, Southern District of California

Dear Honorable Judge Jinsook Ohta,

My name is Joe Ramos, Executive Director with the Miracles and Dreams Foundation, Inc. (MADF), a non-profit organization located in Riverside, California. I am writing to you to speak to the character of Mr. Fabrico Arias as it pertains to my interaction with him via the MADF.

During the past 6 years I have been associated with the MADF, two years as a volunteer and nearly 4 years as the current executive director, I have come to know Mr. Arias as a constant presence at several MADF functions and programs. Mr. Arias has always proven to be ready and willing to support our events that focus on giving back to underserved communities and families in need throughout Southern California. Mr. Arias is always willing to lend his support whether it be donating his time, helping to make new connections via his networks, or even donating his food truck to our past functions to help feed the children and families at MADF community events.

Should you have any questions, please do not hesitate to contact me via email at jramos@miraclesanddreams.org

Best Regards,

Joe Ramos
Miracles and Dreams Foundation

To

The Hon. Jinsook Ohta

Judge

My name is Raul Rodriguez I am the owner of the property were Fabricio Arias resides 14115 Owen st. Fontana, CA 92335. My Tenant Fabricio has been living in my property since purchased in August 2013. He has been an excellent and responsible tenant he resides in the property with his; mother, girlfriend, and daughter. They are excellent tenants always on time with the rent and have never given me issues while living in my property. He communicates well whenever any issues arise within the property and keeps my property well maintained.

Sincerely,

Mr. Rodriguez

*Raul Rodriguez*   11/27/24

Jose C. Gonzalez
58 saint charles place Greenfield Ca, 93927



The Honorable Judge Ohta
Court Name: U.S District Court, Southern District of California
Court Address: _____

10/22/2024

Re: Character Reference for Fabritcio Arias

**Dear Judge Ohta,**

I am writing to provide a character reference for Fabritcio Arias, who is my Good friend and whom I have known for 14 years. I am aware of the charges brought against him and the upcoming court proceedings, and I believe it is important to share my perspective on his character and conduct.

I have had the privilege of witnessing Fabritcio Arias demonstrate unwavering integrity, compassion, and responsibility throughout our acquaintance. Fabritcio Arias has always been a person of high moral character, displaying honesty and truthfulness in all his interactions. Fabritcio Arias has consistently shown respect for others, treating individuals from all walks of life with dignity and kindness.

Based on my knowledge of Fabritcio Arias, I firmly believe that the actions alleged in the charges against him are uncharacteristic of his true nature. I genuinely believe that Fabritcio Arias is a person of integrity who made a mistake, and is deeply remorseful for the consequences it has caused.

I kindly request the court's consideration of Fabritcio Arias's overall character and previous contributions to society. I am confident that with appropriate guidance and support, he will continue to positively contribute to the community. I firmly believe that Fabritcio Arias deserves an opportunity for redemption and rehabilitation.

Thank you for taking the time to review this character reference letter. Should you require any additional information or further clarification, please do not hesitate to contact me at the provided contact details.

Sincerely,

Jose C. Gonzalez



10-15-2024

To Whom It May Concern:

I would like to present my present myself as Miguel A. Baeza and I have known Fabricio Arias in both friendship and professional level since the year 2000. On a friendship level he is honest, caring, loyal and a great man to me and my family.

On a professional level Fabricio is respected and followed loyally by an immense amount of people. He started with us as a promotional team, working hand in hand with the house and he's been instrumental on creating an outstanding rapport with thousands of loyal customers, guests that visit us on weekly basis. Fabricio's presentation is immaculate, and his customer service approach is extremely professional and courteous. Fabricio is liked by all our staff members, we're proud and grateful to have him onboard part of the Mezcal & Palenque family.

Please feel free to contact me, if you have any questions or would like me to further elaborate on Fabricio Arias, thanks for your time and consideration.

Sincerely

Miguel A. Baeza, President
*Palenque Mexican Kitchen / Mezcal Ultra Lounge*
3737 Main St. Ste. 100 & 101, Riverside CA. 92501
(562) 506-4500 miguel@palenquekitchen.com



FOR YOUTH DEVELOPMENT®
FOR HEALTHY LIVING
FOR SOCIAL RESPONSIBILITY

10/21/24

The Hon. Jinsook Ohta

    I am writing to inform you that Mr. Fabricio Arias has dedicated a lot of time to our community. In the past he has helped developed and bring participants to many of our sports programs. We serve our communities through special events and collaborated with local business. Fabricio has always served and volunteered his time. We have yearly event such as Healthy Kids Day and Open House events. Car shows trunk or treat, through his support has helped bring in more participation and excitement to our events. Trunk or treat he has volunteered to bring a few cars to our car show event. Which is free to our community and members. All proceeds for sales and food vendors got back to our financial Assistance program to help our children and families in need in our local community have a place to feel welcome. YMCA is not a gym it's a community center for our future children and families to belong. We Thank Fabricio for all the support he gives throughout the year

Thank you,

Marvin Hernandez

**Marvin Hernandez**
*Associate Branch Executive*

**YMCA of the East Valley**
500 East Citrus Avenue, Redlands CA 92373

**Phone** 909-798-9622  **EXT. 7132**

**Web** www.ymcaeastvalley.org

**Email** MHernandez@ymcaeastvalley.org

For a better us.®

   



**Jesus Olvera**
General Operations Director
Olvera Music Corp
5110 Whittier Blvd.
Los Angeles, CA 90022



Oct 21st, 2024

To Whom It May Concern:

I am pleased to write this reference letter for Fabricio Arias, whom I have known since 1998. Over the past 25 years, Mr. Arias has consistently demonstrated strong principles, a commitment to family, and a generous, good-hearted nature.

I've also had the pleasure of knowing his family, with whom I have spent time and traveled on various occasions. Fabricio has always been a person of integrity, optimism, and respect, qualities that are evident in the relationship he shares with his daughter, wife, and his entire family and friends

Having known Fabricio for over two decades, I can confidently state that his character and demeanor make him a positive contributor to our society. His values and the way he carries himself make him a trustworthy individual of great integrity.

I am certain that he will be a valuable asset in any environment, and I am happy to provide further information if needed.

Sincerely,

**Jesus Olvera**
Operations Director
Olvera Music Corp

SEE ATTACHED ACKNOWLEDGMENT

5110 Whittier Blvd. Los Angeles Ca, 90022. Olvera Music Corp. 2024

# ALL-PURPOSE ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this Certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  
County of Los Angeles } SS.

On the 22nd day of October, 2024 before me, Byron Winghong Chan, a Notary Public,

personally appeared, **Jesus Olvera,**

who proved to me on the basis of satisfactory evidence to be the person(s) who name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the Sate of California that the foregoing paragraph is true and

WITNESS my hand and official seal.





———————————————  
NOTARY'S SIGNATURE

PLACE NOTARY SEAL IN ABOVE SPACE

## OPTIONAL INFORMATION

The information provided below is optional. However, it may prove valuable and could prevent fraudulent attachment of this form to an unauthorized document.

**DESCRIPTION OF ATTACHED DOCUMENT**

Untitled Reference Letter for Fabricio Arias  
———————————————————————————  
TITLE OR TYPE OF DOCUMENT

| 1 + 1 Acknowledgment | October 22nd, 2024 | |
|---|---|---|
| NUMBER OF PAGES | DATE OF DOCUMENT | OTHER INFORMATION |

OTHER INFORMATION

**CAPACITY CLAIMED BY SIGNER (PRINCIPAL)**

☐ Individual / Affiant  
☐ CORPORATE OFFICER : _____  
   Company Name: _____  
☐ ATTORNEY-IN-FACT — _____  
☐ Principal — _____  
☐ TRUSTEE(S)  
☐ GUARDIAN/CONSERVATOR  
☐ SPOUSE OF: _____  
☑ OTHER:   Operations Director Olvera  Music Corp

RIGHT THUMBPRINT OF SIGNER (NOT MANDITORY)



Top of thumbprint | Top of thumbprint | Top of thumbprint